■ ROBERT J. KING, as Executor of ELAINE E. KING, Deceased, Appellant, v RICHARD T. MILAZZO et al., Respondents. (Appeal No. 1.)—Order unanimously reversed on the law without costs and motion denied. Memorandum: Supreme Court erred in granting defendant Hopkins further discovery. By demanding that plaintiffs file a note of issue defendant was no longer entitled to further deposition *(see,* CPLR 3216; *Wolanin v Halliman,* 145 AD2d 967, 968; *Gray v Crouse-Irving Mem. Hosp.,* 107 AD2d 1038). (Appeal from order of Supreme Court, Erie County, Gossel, J.—discovery.) Present—Dillon, P. J., Boomer, Green, Pine and Balio, JJ.

■ ELAINE E. KING, an Adult Incapable of Prosecuting Her Rights, by GEORGE J. KING, Her Guardian ad Litem, et al., Appellants, v RICHARD T. MILAZZO et al., Respondents. (Appeal No. 2.)—Order unanimously reversed on the law without costs. Same memorandum as in *King v Milazzo* ([appeal No. 1] 155 AD2d 1000 [decided herewith]). (Appeal from order of Supreme Court, Erie County, Gossel, J.—discovery.) Present—Dillon, P. J., Boomer, Green, Pine and Balio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND LABARRON, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Steuben County Court, Scudder, J.—felony driving while intoxicated.) Present—Callahan, J. P., Green, Balio, Lawton and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CYNTHIA PARKER, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Monroe County Court, Maas, J.—criminal sale of controlled substance, third degree.) Present—Callahan, J. P., Green, Balio, Lawton and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SANTOS RIVERA, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Oneida County Court, Buckley, J.—conspiracy, second degree.) Present—Callahan, J. P., Green, Balio, Lawton and Davis, JJ.